IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DR. CALVIN TYRONE NORTON                                   PLAINTIFF

v.                                                   CIVIL ACTION NO. 1:25-CV-99-GHD-DAS

HAROLD C. TURRENTINE; et al.                             DEFENDANTS

### ORDER STRIKING RESPONSE AND DIRECTING PROPER REFILING

On today's date, the Court received via U.S. mail the *pro se* Plaintiff's opposition to the Defendant Meta Platforms, Inc.'s motion to dismiss for lack of jurisdiction [5], along with exhibits, including a thumb drive. Given the myriad Local Rule violations regarding the Plaintiff's submission, including his failure to separate his response and his memorandum in support of his opposition and failure to seek leave of Court to file under restriction any exhibits that contain nudity, the Court finds that the Plaintiff's submission should be stricken in its entirety and returned by the Clerk of Court to the Plaintiff unfiled. The Plaintiff shall resubmit his opposition in accordance with the Uniform Local Rules, including properly requesting that the attached exhibits be filed as restricted and that the thumb drive be filed conventionally with a properly submitted Notice of Conventional Filing. The Plaintiff shall be granted until August 15, 2025, to properly resubmit his proposed opposition to the Court.

IT IS THEREFORE hereby ORDERED that the Plaintiff's purported opposition to the Defendant Meta Platforms, Inc.'s motion to dismiss shall be STRICKEN in its entirety and RETURNED to him UNFILED by the Clerk of Court. The Plaintiff is granted until August 15, 2025, to properly submit his proposed response to the Clerk of Court for filing on the docket, ensuring (1) that the submission fully complies with the Uniform Local Rules; (2) that he request that the exhibits to the response be filed under restriction; and (3) that he file the thumb drive

conventionally, with a Notice of Conventional Filing, in accordance with the Uniform Local Rules. The Plaintiff is further CAUTIONED that any future submissions of this nature must be properly filed with appropriate restrictions.

SO ORDERED, this, the 7th day of July, 2025.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE