IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DR. CALVIN TYRONE NORTON                                                    PLAINTIFF

v.                                        CIVIL ACTION NO. 1:25-CV-99-GHD-DAS

HAROLD C. TURRENTINE; et al.                                      DEFENDANTS

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER RESTRICTION

Presently before the Court is the Plaintiff's motion [12] to file any forthcoming exhibits, including images and videos, containing nudity under restriction. Given the sensitive nature of any such exhibits, the Court finds the exhibits should be filed under restriction and sealed from public access, with access limited to the parties, all parties' counsel, and Court personnel, pursuant to Uniform Local Civil Rule 79(e)(3)(B((2).

THEREFORE, it is hereby ORDERED that the Plaintiff's motion to file exhibits containing nudity under restriction [12] is GRANTED, with access to the subject exhibits limited to the parties, all parties' counsel, and Court personnel.

SO ORDERED, this, the 14th day of July, 2025.

_____
SENIOR U.S. DISTRICT JUDGE